IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| PENSKE TRUCK LEASING CO., | ) | **ORDER** |
| LTD PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' Stipulation to Dismiss Plaintiff's Third Cause of Action with Prejudice (Filing 19),

IT IS ORDERED:

1. Plaintiff's third cause of action for "Retaliation by Penske in Violation of Title VII and Nebraska FEPA" is dismissed with prejudice;

2. Plaintiff and Defendant shall each bear their own costs and attorneys' fees for the third cause of action in the complaint;

3. Final judgment shall be entered after disposition of all claims in this case.

DATED this 19th day of May, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge